CHAMBERS OF
**WALKER D. MILLER**
UNITED STATES DISTRICT JUDGE

901 19™ STREET, ROOM A938
DENVER, CO 80294
303/844-2468
FAX 303/335-2299

October 4, 2006

Via e-filing

Barrett Weisz

Anthony Merlo
U.S. Probation Officer

Re: 04-cr-00158-WDM, Mike Harris

Dear Counsel and Probation Officer:

    Attached is a letter from the defendant concerning the alleged failure to obtain credit for time served. Please provide your recommendation of what action, if any, I should undertake.

Sincerely,

Walker D. Miller

WDM/jct
attachment