**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 04-cr-00158-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KEVIN HARRIS,

    Defendant.

---

## ORDER

---

    This matter is before the Court on Defendant Michael Harris's letter of January 1, 2022 (Doc. # 128), in which he asks the Court to order that he be released to a halfway house. The Court construes Harris's letter to be a motion for sentence modification. The motion is denied for the following reasons.

    Under 18 U.S.C. § 3582(c)(1)(A), "[t]he court may not modify a term of imprisonment once it has been imposed except . . . upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C.S. § 3582(c)(1)(A); *United States v. Jenkins*, 460 F. Supp. 3d 1121, 1126 (D. Colo. 2020). Harris's motion for sentence modification fails to establish that he has exhausted his administrative rights. Therefore, this Court has no authority to grant his request for

1

sentence reduction, and the motion must fail as a matter of law.

For the foregoing reasons, Defendant Michael Harris's motion for sentence modification (Doc. # 128) is DENIED.

DATED: January 21, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge